KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:12-CR-0062 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| ) | |
| ANNA KUZMENKO ) | |
| ) | Date: 6-12-12 |
| Defendant. ) | Time: 9:30 a.m. |
| _____) | Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Steven Lapham, Assistant United States Attorney, Kelly Babineau, attorney for defendant Anna Kuzmenko, that the status conference date of April 3, 2012, should be continued until June 12, 2012. The continuance is necessary to complete the review of discovery, and defense investigation. All counsel are continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of June 12, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: April 2, 2012 | Respectfully submitted, |
| | /s/ Kelly Babineau |
| | KELLY BABINEAU |
| | Attorney for Anna Kuzmenko |
| Dated: April 2, 2012 | /s/ Steven Lapham |
| | Kelly Babineau for: |
| | STEVEN LAPHAM |
| | Assistant U.S. Attorney |

PDF created with pdfFactory trial version www.pdffactory.com

KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0062 JAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANNA KUZMENKO | ) | |
| | ) | Date: 6-12-12 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 3, 2012, at 9:30 a.m. be continued to June 12, 2012, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial. It is ordered that time from this date to June 12, 2012, shall be excluded from computation of the time within which the trial of this matter must be

PDF created with pdfFactory trial version www.pdffactory.com

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated: 4/2/2012     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

-4-

PDF created with pdfFactory trial version www.pdffactory.com