KELLY BABINEAU, SBN 190418
Attorney at Law
901 H Street, suite 301
Sacramento CA 95814
Tel: (916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA KUZMENKO<br><br>Defendant | Case No.: 12-CR-00062 JAM<br><br>**WAIVER OF DEFENDANT'S APPEARANCE**<br><br>Judge: John A. Mendez |

Defendant ANNA KUZMENKO hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant ANNA KUZMENKO hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and she has authorized her undersigned

attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with her being personally present.

The original signed copy of this document will be kept in Ms. Babineau's file.

Dated: April 3, 2013                    Respectfully submitted,

/s/ Anna Kuzmenko
By: ANNA KUZMENKO
Defendant

Dated: April 3, 2012

/s/ Kelly Babineau
By: Kelly Babineau
Attorney for Defendant
ANNA KUZMENKO

**O R D E R**

IT IS SO FOUND AND ORDERED this 3rd day of April, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE