KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
901 H Street, Suite 203
Sacramento, CA 95814
Tel: (916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 12-CR-0062 JAM |
|     Plaintiff, | ) |
| | ) NOTICE OF REQUEST AND REQUEST |
| | ) TO SEAL DECLARATION OF COUNSEL IN |
| v. | ) SUPPORT OF MOTION TO CONTINUE |
| | ) TRIAL; ORDER |
| | ) |
| ANNA KUZMENKO | ) Date: September 17, 2013 |
| | ) Time: 9:45 a.m.. |
|     Defendant. | ) Judge: Hon. John A. Mendez |
| =============================) | |

    PLEASE TAKE NOTICE that on September 17, 2013, counsel for Anna Kuzmenko will seek an order from the court sealing the declaration of counsel in support of the motion to continue. It is respectfully requested that this declaration be filed under seal and not provided to the US Attorney or any individual that may represent the Government's interests. This declaration contains confidential attorney work produce and attorney-client communications.

DATED:                                                     Respectfully submitted,

                                                         /s/ Kelly Babineau
                                                         KELLY BABINEAU
                                                         Attorney at Law

**O R D E R**

IT IS SO FOUND AND ORDERED this 13th day of September, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE