KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANNA KUZMENKO


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0062 JAM |
| Plaintiff, | ) | |
| | ) | REQUEST FOR A COURT ORDER AND |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ANNA KUZMENKO | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. John A. Mendez |

Defendant, Anna Kuzmenko, hereby requests that the Court issue an order sealing the ex parte memorandum submitted November 7, 2013 regarding a request to continue the trial.  This request is based upon the fact that the memorandum contains confidential attorney client communications and work product and should not be disclosed to the prosecution.


Dated:  November 7, 2013                    Respectfully submitted,


                                                         /s/ Kelly Babineau_____
                                                         KELLY BABINEAU
                                                         Attorney for Anna Kuzmenko

# O R D E R

IT IS SO ORDERED, that the ex parte application for a continuance be sealed.


Dated: November 7, 2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
US DISTRICT COURT JUDGE
