KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALLA SAMCHUK

THE UNITED STATES OF AMERICA,  ) No. 2:12-CR-0062 JAM
               Plaintiff,                         )
                                 ) REQUEST FOR A COURT ORDER AND
   v.                                    ) ORDER
                                   )
                                   )
ANNA KUZMENKO                    )
                                   )
             Defendant.             )
_____) Judge: Hon. John A. Mendez

     Defendant, Anna Kuzmenko, hereby requests that the Court issue an order sealing the medical records submitted on November 18, 2013 regarding the status of her minor son.  This request is based upon the fact that the documents contains confidential information that should not available to the public.  A copy has been provided to the government.

Dated:  November 18, 2013                     Respectfully submitted,

                                                                     /s/ Kelly Babineau
                                                                     KELLY BABINEAU
                                                                     Attorney for Anna Kuzmenko

**O R D E R**

IT IS SO ORDERED, that the attached medical records dated 11/16/2013 (3 pages) be sealed.

Dated: 11/19/2013

                /s/ John A. Mendez_____
                JOHN A. MENDEZ
                US DISTRICT COURT JUDGE